# Exhibit A

# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Conga |
| Line 3 | Writer(s) | Enrique E. Garcia |
| Line 4 | Publisher Plaintiff(s) | Foreign Imported Productions and Publishing, Inc. |
| Line 5 | Date(s) of Registration | 4/5/85 |
| Line 6 | Registration No(s). | PA 245-877 |
| Line 7 | Date(s) of Infringement | 8/22/23 |
| Line 8 | Place of Infringement | Whiskey Cowgirl |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Hooked On A Feeling |
| Line 3 | Writer(s) | Mark James |
| Line 4 | Publisher Plaintiff(s) | Screen Gems-EMI Music, Inc. |
| Line 5 | Date(s) of Registration | 9/17/68 |
| Line 6 | Registration No(s). | Ep 249766 |
| Line 7 | Date(s) of Infringement | 8/22/23 |
| Line 8 | Place of Infringement | Whiskey Cowgirl |

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | Old Time Rock And Roll a/k/a Old Time Rock 'N Roll |
| Line 3 | Writer(s) | George Jackson; Thomas E. Jones, III |
| Line 4 | Publisher Plaintiff(s) | Thomas J. Couch, Stewart M. Madison and Gerald B. Stephenson, a partnership d/b/a Muscle Shoals Sound Publishing Co., a division of Northside Partners; Peermusic III Ltd. |
| Line 5 | Date(s) of Registration | 11/11/77 |
| Line 6 | Registration No(s). | Ep 375950 |
| Line 7 | Date(s) of Infringement | 8/22/23 |
| Line 8 | Place of Infringement | Whiskey Cowgirl |

| Line 1 | Claim No. | 4 |
|---|---|---|
| Line 2 | Musical Composition | Put Your Head On My Shoulder |
| Line 3 | Writer(s) | Paul Anka |
| Line 4 | Publisher Plaintiff(s) | Paul Anka, an individual d/b/a EPA Publishing |
| Line 5 | Date(s) of Registration | 10/3/86   10/17/58 |
| Line 6 | Registration No(s). | RE 305-871   Efo 60827 |
| Line 7 | Date(s) of Infringement | 8/22/23 |
| Line 8 | Place of Infringement | Whiskey Cowgirl |

| Line 1 | Claim No. | 5 |
|---|---|---|
| Line 2 | Musical Composition | Walk |
| Line 3 | Writer(s) | Vincent Paul Abbott; Darrell Lance Abbott; Rex Robert Brown; Philip Hansen Anselmo |
| Line 4 | Publisher Plaintiff(s) | Cota Music Inc.; Power Metal Music, Inc. |
| Line 5 | Date(s) of Registration | 7/13/92 |
| Line 6 | Registration No(s). | PA 577-737 |
| Line 7 | Date(s) of Infringement | 8/22/23 |
| Line 8 | Place of Infringement | Whiskey Cowgirl |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Down To My Last Teardrop |
| Line 3 | Writer(s) | Paul L. Davis |
| Line 4 | Publisher Plaintiff(s) | Paul Lavon Davis, a/k/a Paul L. Davis a/k/a Paul Davis, an individual d/b/a Paul and Jonathan Songs |
| Line 5 | Date(s) of Registration | 11/8/91 |
| Line 6 | Registration No(s). | PAu 1-588-431 |
| Line 7 | Date(s) of Infringement | 8/22/23 |
| Line 8 | Place of Infringement | Whiskey Cowgirl |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | She's Country |
| Line 3 | Writer(s) | Bridgette Tatum; Danny Myrick |
| Line 4 | Publisher Plaintiff(s) | 3Ring Circus Music, LLC d/b/a Soulride Music; Round Hill Music LP d/b/a Round Hill Works; Bridgette Tatum Tweed d/b/a Cackalacki Twang |
| Line 5 | Date(s) of Registration | 12/7/09 |
| Line 6 | Registration No(s). | PA 1-670-811 |
| Line 7 | Date(s) of Infringement | 8/22/23 |
| Line 8 | Place of Infringement | Whiskey Cowgirl |